# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00924-WJM-CBS

OSCAR OROPEZA,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

## ORDER OF RECUSAL

A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." 28 U.S.C. § 455(a). In order to avoid the appearance of impropriety, I hereby recuse myself from the above entitled action.

ORDERED that the Clerk of the Court shall assign another magistrate judge to this case.

FURTHER ORDERED that the Scheduling Conference set for July 9, 2013 is vacated.

DATED at Denver, Colorado, on June 12, 2013.

                                                                          BY THE COURT:

                                                                          *s/Craig B. Shaffer*
                                                                          Craig B. Shaffer
                                                                          United States Magistrate Judge